Juan A. Sosa
  Plaintiff

vs. Yukon Kuskokwim Health Corp.
City of Bethel
Bethel Police Department
  Defendants

Case No. 3AN-14-10090CI

## complaint

The plaintiff Juan A. Sosa states as follows:

### I. Background Information

1. On November 17, 2012, Juan A. Sosa drove his car 50 ft in the AC parking lot.

2. As a result the Bethel Police Department used undue force and arrested him and his wife, causing Juan to be disabled.

### II Claims

3. Plaintiff incorporates by reference the statements above.

4. On November 17, 2012 Juan A. Sosa and his wife Beatrice A. Sosa took thier daughter Juanita to work at the A.C Store. When they arrived Beatrice and Victoria went into the store to buy creamer, and as they were entering, Officer Ried was exiting the store until he saw Beatrice and Victoria. Officer Ried then

waited for BEATRICE and Victoria to exit the store. When they exited Beatrice asked Juan to check the steering so Juan got into the drivers seat and drove the CAR 50 ft. and then parked it. As Juan was getting into the passanger side of the vehicle, The Bethel Police Deppretment came with lights and sirens on, and guns drawn yelling for us to exit the vehicle. Officer Lamani told Juan to get on the ground, and Juan told him that he couldn't because he has a blood clot in his back. Juan seen Officer Lamani's hand was shaking and the gun was pointed at his 15 yr old daughter. So Juan told Officer Lamani "I'll get on the ground don't shoot my daughter. When I got on the Ground Officer Lamani dropped his body with force on my neck and proceeded to climb down Juans back with his knees. Thus injuring Juan. Causing him to be disabled

5. Officer Lamani and Officer Ried unlawfully searched Juans 15 yr old and vehicle. Beatrice A. Sosa was arrested for disordeely conduct, because she was telling Officer Ried to put his gun away that he had no reason to pull it out. When Juan and Beatrice arived at the jail. Officer Lamani and Ried then went back to the AC Store to pick-up Victoria but the managers at AC store did not let them take her because her older sister was there. Harrasment from the Bethel Police Department has been going on since Juan and his family moved back to Bethel

6. The City of Bethel has something to do with this. When Juan was running for city council, one of the Public Defendees in Bethel told Juan if you win, hire me I have a couple of things you should know that the council is hiding from you regarding this incident.

## III. Damages

7. Plaintiff has sustained damages that have made him disabled.
8. Plaintiff is disabled as a direct result+actions taken by Officer Lamani.
9. Plaintiff is demanding 20 million dollars for. Past and future Pain and Suffering, mental anguish, and past and future medical Expenses.
10. Case numbers 4BE-12-1174
    4BE-12-1175 for information purposes

## IIII

1. On November 17, 2012, I was injured by the Bethel Police Department. Soon after I went to the Yukon Kuskokwim Health Corp for medical attention because I had severe head pain accompanied by dizziness, the medical staff said I only had pulled muscles.

2. I went to Providence Emergency because my symptoms have worsened since the doctors at Providence told me that I have headache due to trauma, TBI (traumatic Brain Injury). I was refered to Alaska Neurology Center for this injury.

3. The YKHC is also neglegince in diagnosing or reading of radiology reports I had a CT scan done and the radiology report stated Juan had a normal appendix in the lower right quadrant. Juans appendix has been gone since 1999.

## V  Damages

1. The Yukon Kuskokwim was negligant in diagnosing my injury and reading my radiology reports

2. Juan is demanding 15 million dollars for past and present pain, medical bills and future medical bills.

*Juan A Sosa*

Nov 10, 2014

P.O. Box 1182
Bethel, Alaska 99559
545-3189

Anne M. Narog

From: Elizabeth Roll [elizabeth_roll@ykhc.org]
Sent: Friday, March 28, 2014 10:12 PM
To: Anne M. Narog
Subject: Emailing: reportview

Shawn at medicaid

# Final Report



## YUKON-KUSKOKWIM HEALTH CORPORATION
*"Working Together to Achieve Excellent Health"*

Diagnostic Imaging Department
907-543-6238 · Fax 907-543-6314

Name: JUAN ANTONIO. SOSA
Chart#: 55816
Date of Exam: Mar 28,2014 21:35
Category:
Patient Location: ED
Procedure: CT Abdomen

DOB: Jan 12,1957 00:00
Sex: Male
Case#: 00000CT140000710
Provider: FNP. Anne Narog
Radiologist: Matthew T. Warren
Verifier: Matthew T. Warren

Reason: Abdominal Pain

COMPARISON: None

TECHNIQUE: Axial CT images were obtained of the abdomen and pelvis with 5 mm slice thickness with coronal reformats without IV or enteric contrast.

FINDINGS:

Mediastinum: The imaged portion of the mediastinum is normal in appearance.

Lungs: The imaged lung bases are normally aerated.

Gastrointestinal: Within segment 6 of the liver is an indeterminate 1.7 cm hypodensity. The liver is otherwise unremarkable in appearance. The gallbladder and pancreas are normal in appearance. There is diverticulosis of the colon without inflammatory change. There is a normal appendix identified in the right lower quadrant.

Genitourinary: The adrenal glands and left kidney are normal in appearance . Within the mid right kidney is an

1



# Social Security Administration

Date: June 12, 2013
Claim Number: XXX-XX-2175DI

JUAN ANTONiO SOSA
PO BOX 1182
BETHEL AK 99559-1182

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning June 2013, the current Supplemental Security Income payment is $473.34 .

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual .

## Date of Birth Information

The date of birth shown on our records is January 12, 1957.

## If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 855-602-5001. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY   questions.   *Social Security Administration*
ROOM A11
222 W 8TH AVE
ANCHORAGE, AK 99513

# Diagnosis, Discharge Instructions and Follow-up

Follow these instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed or your condition worsens, call or visit your doctor IMMEDIATELY. If you cannot reach your doctor, return to the Emergency Department.

You were seen by Shannon Faber, MD.

Your diagnoses were HEADACHE DUE TO TRAUMA , TBI (traumatic brain injury), initial encounter, and NEAR SYNCOPE .

## Discharge Instructions

Increase hydration.

You should follow up with Alaska Neurology Center next week. 5115-6000

Follow up with a primary care provider next week for recheck. You need to have a primary care physician for regular health maintenance.

If you do not have a provider, *please refer to the list of follow up providers and establish primary care*. It is very helpful to have a single provider who knows you and is able to monitor and treat you for any medical issues that may arise. This will help ensure good health and wellness maintenance. Call today to schedule an appointment to establish care.

**Primary Care Referrals**

1. Family Practice Center
1201 E. 36th
Anchorage, AK 99508
907-562-9229

2. Anchorage Neighborhood Health Center - (They have a sliding scale for payments based on income)
4951 Business Park Blvd
Anchorage AK 99503
907-743-7200

3. Medical Park Family Center
2211 E Northern Lights Blvd
Anchorage, AK 99508
907-279-8486

Call or return to the ER for any new or worsening symptoms.

## Discharge References/Attachments

ED NEAR SYNCOPE, UNKNOWN (ENGLISH)
HEAD TRAUMA (TRAUMATIC BRAIN INJURY) (ENGLISH)

## Follow-up Information