IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| JUAN A. SOSA, | ) | |
|---|---|---|
| | ) | **Case No. 4:15-cv-00008 RRB** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **MOTION TO SUBSTITUTE** |
| UNITED STATES OF AMERICA, | ) | **UNITED STATES AS** |
| CITY OF BETHEL, AND | ) | **DEFENDANT IN PLACE OF** |
| BETHEL POLICE | ) | **YUKON KUSKOKWIM** |
| DEPARTMENT, | ) | **HEALTH CORPORATION AND** |
| | ) | **AMEND CAPTION** |
| Defendants. | ) | |
| | ) | |

The United States of America, through counsel, moves to amend the caption in this case to substitute and name the United States as the party Defendant in place of Yukon Kuskokwim Health Corporation (YKHC).

The motion is GRANTED. The United States of America is substituted in the place of YKHC, and the caption is amended to conform to the substitution.

DATED on April 23, 2015, at Anchorage, Alaska.

                                                S/ RALPH R. BEISTLINE
                                                Ralph R. Beistline
                                                United States District Judge