# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JUAN A. SOSA,
    Plaintiff,

Case Number 4:15-cv-00008-RRB

v.

CITY OF BETHEL,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT**. This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

THAT the plaintiff, Juan A. Sosa, take nothing, that the action be dismissed on the merits, and that the defendant, City of Bethel, recover of plaintiff defendant's costs of action in the amount of $_____ and attorney's fees in the amount of $_____ with postjudgment interest thereon at the rate of 1.03% as provided by law.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

APPROVED:

*s/ Ralph R. Beistline*
Ralph R. Beistline
United States District Judge

Date: March 22, 2017                      Lesley K. Allen
                                                                       Clerk of Court

[Jmt1-with fees and costs - rev. 1-13-16]